**Order entered April 1, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01319-CV

**DANA AND CHRISTOPHER SHEARIN, Appellants**

**V.**

**WELLS FARGO BANK, N.A., Appellee**

**On Appeal from the County Court at Law No. 4**
**Collin County, Texas**
**Trial Court Cause No. 004-01581-2014**

## ORDER

Before the Court is court reporter Claudia Webb's March 30, 2015 fourth request for an extension of time to file the record, which was originally due February 3, 2015. We **GRANT** the request and **ORDER** the record be filed no later than April 7, 2015. We caution Ms. Webb that if the record is not filed by April 7th, we may order she not sit as a court reporter until the record is filed.

/s/     CRAIG STODDART
         JUSTICE